# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MARBIN JIMENEZ,** :

     Petitioner : **CIVIL ACTION NO. 3:24-0132**

v. : **(JUDGE MANNION)**

:

**WARDEN, LSCI-ALLENWOOD**

:

     Respondent

:

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 1, 2024**
24-0132-01-ORDER